UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**TEMPORARY RESTRAINING ORDER**
**(TRO)**
**CHECKLIST**

**NOTE:** When filing a Motion for a TRO with the court, you must choose Motion for TRO. You must complete this document and attach it to your motion as an attachment in CM/ECF. If you have questions, please call the CM/ECF Help Desk at 1-866-884-5525 (Sacramento) or 1-866-884-5444 (Fresno).

(A) *Check one.*   Filing party is represented by counsel  ☑

Filing party is acting in pro se  ☐

(B) Has there been actual notice, or a sufficient showing of efforts to provide notice to the affected party? *See Local Rule 231 and FRCP 65(b).*

No, Plaintiff believes that if notice is given to the affected party, trust assets will continue to be dissipated. This is further defined in the filed papers.

Did applicant discuss alternatives to a TRO hearing?

Yes, Plaintiff has filed a Civil Complaint, TRO and a Motion for Preliminary Injunction

Did applicant ask opponent to stipulate to a TRO?

No.

Opposing Party: James Corrado, Inc., a New Jersey Corporation
Telephone No.: Believed to be (973)-340-0628

(C) Has there been undue delay in bringing a TRO?

No.

Could this have been brought earlier?

Yes: ☐        No: ☑

**TRO Checklist** - *Page 2*

(D)   What is the irreparable injury?

*Plaintiff is entitled to trust assests as defined by the Perishable Agricultural Commodities Act. Plaintiff believes that Defendant is avoiding payment and dissipating trust assets to avoid payment.*

Why the need for an expedited hearing?

*To ensure Plaintiff receives its trust assest, as set forth by statutory law*

(E)   Documents to be filed and (unless impossible) served on affected parties/counsel:

- ☑ (1) Complaint
- ☑ (2) Motion for TRO
- ☑ (3) Brief on all legal issued presented by the motion
- ☑ (4) Affidavit detailing notice, or efforts to effect notice, or showing why it should not be given
- ☑ (5) Affidavit in support of existence of irreparable harm
- ☑ (6) Proposed order with provision for bond
- ☑ (7) Proposed order with blanks for fixing:
    - ☐ Time and date of hearing for motion for preliminary injunction
    - ☐ Date for filing responsive papers
    - ☐ Amount of bond, if any
    - ☐ Date and hour of issuance
- ☑ (8) For TROs requested *ex parte*, proposed order shall notify affected parties they can apply to the court for modification/dissolution on 2 days notice or such shorter notice as the court may allow. *See Local Rule 231 and FRCP 65(b)*