Michael C. Titus (SBN 309153)
WILD, CARTER & TIPTON
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: mtitus@wctlaw.com

Attorneys for Plaintiff, DP Enterprises, LP, a California limited partnership

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| DP ENTERPRISES, LP, a California limited partnership,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES CORRADO INC., a New Jersey corporation; PETER CORRADO, an individual; GERALD CORRADO, an individual; and JOSEPH CORRADO, an individual;<br><br>        Defendants. | **Case No. 1:21-CV-01655-AWI-SKO**<br><br>**ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(Doc. 14)<br><br>Complaint Filed: November 16, 2021<br>Trial Date: TBD |

On December 16, 2021, Plaintiff filed an ex parte application for an extension of time for Defendants to answer or otherwise respond to the complaint, requesting that Defendants' deadline to respond to the complaint be extended to January 14, 2022. (Doc. 14.) Plaintiff indicates that the parties are engaged in settlement negotiations and intend to resolve the matter within the next thirty days. (*Id.*) Plaintiff submits this ex parte application "to help assist and accommodate reaching a resolution of this matter," as "Defendants' local New Jersey counsel [is] unable to sign a stipulation." (*Id.*)

1

**ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE: (559) 224-2131

1    Good cause appearing, the Court hereby GRANTS Plaintiff's ex parte application.

2  Defendants shall have until January 14, 2022, to submit their answer or other responsive pleading

3  to Plaintiff's complaint.

4

5  IT IS SO ORDERED.

6

   Dated:   **December 17, 2021**                            /s/ *Sheila K. Oberto*

7                                                     UNITED STATES MAGISTRATE JUDGE

**WILD, CARTER & TIPTON**
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

2

**ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME FOR
DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**