UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DP ENTERPRISES, LP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES CORRADO, INC., et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01655-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 17) |

On January 24, 2022, Plaintiff filed a notice of dismissal, in which it indicates that the case is dismissed with prejudice.  (Doc. 17.)  Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **January 25, 2022**　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE